Bruner v Motors (2023 NY Slip Op 00541)

Bruner v Motors

2023 NY Slip Op 00541

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, MONTOUR, AND OGDEN, JJ.

131 CA 22-00673

[*1]MELIKAH BRUNER, PLAINTIFF-RESPONDENT,
v
SANTA MOTORS AND JOSEPH SANTA, DEFENDANTS-APPELLANTS. 

FORSYTH, HOWE, KALB & MURPHY, P.C., ROCHESTER (SANFORD R. SHAPIRO OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 

 Appeal from an order of the Monroe County Court (Karen Bailey Turner, J.), dated April 6, 2022. The order affirmed an order of the Rochester City Court (Nicole D. Morris, J.) entered July 1, 2021, awarding plaintiff $4,874.89 in damages. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court